UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Esau Lopez Mendez, | Case No.: 2:26-cv-00402-CDS-BNW |
| Petitioner | **Order Accepting Voluntary Dismissal and Closing Case** |
| v. | |
| Lester R. Hayes, Jr., et al., | [ECF Nos. 9, 11] |
| Respondents | |

Petitioner Alexander Esau Lopez Mendez and the respondents stipulate to dismiss this action, as there is no further need to proceed because the petitioner has been provided an immigration bond hearing. ECF No. 11. Accordingly, the petitioner's federal habeas petition is dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court is kindly directed to close this case.

Dated: March 31, 2026

_____
Cristina D. Silva
United States District Judge